EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Designación del Director Ejecutivo del Programa de Educación Jurídica Continua | 2016 TSPR 78<br><br>195 DPR ____ |

Número del Caso: EN-2016-03

Fecha: 29 de marzo de 2016

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Designación del Director
Ejecutivo del Programa de          EN-2016-03
Educación Jurídica Continua

RESOLUCIÓN

En San Juan, Puerto Rico, a 29 de marzo de 2016.

En virtud de la Regla 8 del Reglamento de Educación Jurídica Continua, según enmendada, 4 LPRA Ap. XVII-E, el Tribunal Supremo designa al Lcdo. José Ignacio Campos Pérez como Director Ejecutivo del Programa de Educación Jurídica Continua, efectivo el 1 de abril de 2016.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo